UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.  3:19-CR- |
| | : | |
| v. | : | (Judge       ) |
| | : | |
| MARK ERIC ICKER, | : | |
| Defendant. | : | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### Introduction

At times material to this Information:

1. The Ashley Borough Police Department was a law enforcement agency in the Middle District of Pennsylvania. Among other functions, the Ashley Borough Police Department investigated criminal offenses and motor vehicle code violations within the Borough of Ashley, Luzerne County, Pennsylvania.

2. Employees of the Ashley Borough Police Department, including uniformed police officers, were responsible for conducting themselves in compliance with federal, state and local laws, including the United States Constitution.

1

3. The defendant, MARK ERIC ICKER, was employed as a uniformed police officer at the Ashley Borough Police Department.

## COUNT ONE

### 18 U.S.C. § 242
### (Deprivation of Rights Under Color of Law)

4. The allegations contained in paragraphs 1 through 3 of this Information are incorporated herein.

5. On or about December 3, 2018, in the Middle District of Pennsylvania, the defendant,

**MARK ERIC ICKER**,

while acting under color of the laws of the Commonwealth of Pennsylvania, did willfully deprive S.R. of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be deprived of liberty without due process of law, which includes the right to bodily integrity, by coercing S.R. into engaging in unwanted sexual contact with the defendant and, in the course of so doing, engaged in acts that resulted in S.R. sustaining bodily injury and that included the use, attempted use, and threatened use of a dangerous weapon.

In violation of Title 18, United States Code, Section 242.

# THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNT TWO

### 18 U.S.C. § 242
### (Deprivation of Rights Under Color of Law)

6. The allegations contained in paragraphs 1 through 3 of this Information are incorporated herein.

7. On or about December 10, 2018, in the Middle District of Pennsylvania, the defendant,

**MARK ERIC ICKER,**

while acting under color of the laws of the Commonwealth of Pennsylvania, did willfully deprive R.V. of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be deprived of liberty without due process of law, which includes the right to bodily integrity, by coercing R.V. into engaging in unwanted sexual contact with the defendant and, in the course of so doing, engaged in acts that included the use, attempted use, and threatened

use of a dangerous weapon.

In violation of Title 18, United States Code, Section 242.

                                                DAVID J. FREED
                                                UNITED STATES ATTORNEY

Dated: 11-20-2019

                                                JEFFERY ST JOHN
                                                Assistant United States Attorney

                                                MICHELLE OLSHEFSKI
                                                Assistant United States Attorney