DESIGNATION NOTIFICATION                                                              Page 1 of 1

| Print Designation  MIDDLE DISTRICT OF PENNSYLVANIA **DESIGNATION NOTIFICATION** PRESENTENCING | Register No: 77123-067 |
|---|---|
| | Docket No.: 3:19CR00338-001 |
| | Name: Icker |
| | Date Sentenced: 7/24/2020 |
| | Arrest Date: |
| | TRD: |

**DETAINEE INFORMATION**

| Full Name: Mark Icker | | Dist Code: PAM |
|---|---|---|
| Register No: 77123-067 | FBI No: | Alien No: |
| Charge: Sex Offense | | Code: 3699 |

**DESIGNATION INFORMATION**

| Designation Loc: Oakdale FCI | Code: OAK |
|---|---|
| Date Designated: 8/6/2020 | Dist Code: 035 |
| Voluntary Surrender: Yes | VS Date: 9/9/2020 |
| Redes Reason: | |

**CURRENT LOCATION**

| Fac Name: | Fac Code: | Dist Code: 067 |
|---|---|---|

https://ows.usdoj.gov/OWS/eactionformcontents.ashx?Action=Print+BOP+Designation&Fo...   8/7/2020

Exhibit A