

**Chief Federal Public Defender**
Heidi R. Freese

**First Assistant**
**Federal Public Defender**
Ronald A. Krauss

**Chief, Trial Unit**
Lori J. Ulrich

**Chief, Appellate Unit**
Frederick W. Ulrich

**Senior Litigator**
Thomas A. Thornton

**Assistant**
**Federal Public Defenders**
Ari D. Weitzman
Quin M. Sorenson
Melissa B. Porter

**HARRISBURG OFFICE**
100 Chestnut Street, Third Floor
Harrisburg, Pennsylvania 17101
Tel.: 717-782-2237
Fax: 717-782-3881

**Assistant**
**Federal Public Defenders**
Leo A. Latella
   Manager, Scranton Operations
Elliot A. Smith
Brandon R. Reish

**SCRANTON OFFICE**
201 Lackawanna Avenue, Ste. 317
Scranton, Pennsylvania 18503
Tel.: 570-343-6285
Fax: 570-343-6225

**Assistant**
**Federal Public Defender**
Gerald A. Lord

**Staff Attorney**
Tammy L. Taylor

**WILLIAMSPORT OFFICE**
330 Pine Street, Ste. 302
Williamsport, Pennsylvania 17701
Tel.: 570-323-9314
Fax: 570-323-9836

October 13, 2021

Honorable Malachy E. Mannion
United States District Judge

<u>Via Electronic Filing</u>

              **Re: USA v. Mark Icker**
              <u>**3:19-CR-338**</u>

Dear Judge Mannion;

    I am writing with regard to the re-sentencing in the above matter. On October 7, 2021, I had a legal call with Mr. Icker and he is respectfully requesting that the Court modify his sentence in accordance with the Third Circuit's decision without a resentencing hearing. Mr. Icker understands that the resentencing involves a modification of the judgment that can be accomplished on paper without a hearing. His presence in Court would require a difficult transfer from the BOP, which would involve him being subject to multiple quarantines on his way here and back as well as a loss of his job within the institution and a setback in programing and treatment. For these reasons, Mr. Icker, having been advised that he can request an in-court hearing, is requesting the Court simply modify the Judgment without him being present.

                                Respectfully,

                                s/Leo A. Latella

                              **Leo A. Latella**
                              **Assistant Federal Public Defender**

LAL/ja