OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT     UNITED STATES COURT OF APPEALS     TELEPHONE
CLERK     FOR THE THIRD CIRCUIT     215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

August 5, 2022

Peter J. Welsh, Clerk
United States District Court
P. O. Box 1148
Scranton, PA 18501-1148

Re:  United States v. Icker
M.D. Pa. No. 3-19-cr-00338-001

Dear Mr. Welsh:

    Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached **Notice of Appeal from the District Court Order (#62) entered 7/8/22** which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was placed in prison mail on 7/27/22 and should be docketed as of that date.**

    This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

    Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

    Thank you for your assistance in this matter.

Very truly yours,

By:  /s/ Patricia S. Dodszuweit
Clerk

PSD/lld
Enclosure
cc: Mark Eric Ickler (w/out enclosure)