ALD-071

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2486
_____

UNITED STATES OF AMERICA

v.

MARK ERIC ICKER,
         Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Action No. 3:19-cr-00338-001)
District Judge: Honorable Malachy E. Mannion
_____

Submitted on Appellee's Motion for Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
January 12, 2023
Before: HARDIMAN, RESTREPO, and BIBAS, Circuit Judges
_____

**JUDGMENT**
_____

  This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania on Appellee's motion for summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on January 12, 2023. On consideration whereof, it is now hereby

  ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on July 8, 2022, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: February 3, 2023

**Certified as a true copy and issued in lieu of a formal mandate on** 03/27/23

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**